**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **IN RE:**<br>Corey Latroy Stevens<br>aka Corey Stevens<br>xxx-xx-7201<br><br>Shantea Marie Powe<br>aka Shantea M. Powe, Shantea Powe<br>xxx-xx-6595<br><br>217 Ashley Ann Lane<br>Ladson, SC  29456<br>**Debtor(s).** | Case No.: 20-02797-jw<br><br>**NOTICE OF OPPORTUNITY TO OBJECT AND CONFIRMATION HEARING**<br><br>**CHAPTER 13** |

  The debtor(s) in the above captioned case filed a chapter 13 plan on September 11, 2020. The plan is attached, or will be separately mailed to you by the debtor(s).

  **Your rights may be affected by the plan. You should read the plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

  Any objection to confirmation of the chapter 13 plan must be filed with the Court at 1100 Laurel Street, Columbia, SC 29201-2423 and served on the chapter 13 trustee, the debtor(s), and any attorney for the debtor(s) no later than 21 days after the service of the chapter 13 plan as computed under Fed. R. Bankr.P. 9006(a). Objections to confirmation may be overruled if the objecting party fails to appear and prosecute the objection. If no objection is timely filed, the plan may be confirmed on recommendation of the trustee.

  The confirmation hearing will be held on **October 15, 2020 at 10:00 a.m.**, at **145 King Street, Room 225, Charleston, South Carolina**.

  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the plan and may enter an order confirming the plan.

                  DeMOTT LAW FIRM, P.A.

Date:  September 11, 2020      By: /s/ Russell A. DeMott
                    Russell A. DeMott
                    District Court I.D. 10020
                    Attorneys for the Debtor(s)
                    300 N. Cedar Street, Suite A
                    Summerville, SC 29483
                    (843) 695-0830
                    (843) 403-4443 (fax)
                    russ@demottlawfirm.com